## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**DEIGO ANDRES HERRERA-ACUNA**                                    **PETITIONER**

**v.**                                              **Cause No. 5:26-cv-00085-DCB-BWR**

**RAFAEL VERGARA,**                                        **RESPONDENTS**
*Warden of Adams County Correctional*
*Center;*
**and**
**MELLISSA B. HARPER,**
*Field Office Director for ICE's ERO*

### ORDER

This matter is before the Court on Diego Andres Herrera-Acuna's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [1]. Petitioner is an immigration detainee currently housed at the Adams County Correctional Center in Natchez, Mississippi.

The proper Respondent is the "person having custody over the person detained." 28 U.S.C. § 2243. "Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla,* 542 U.S. 426, 428 (2004); *see Trump v. J.G.G.,* 604 U.S. 670, 672 (2025) (applying the district-of-confinement rule in an immigration detention habeas matter). "[T]he proper respondent is the warden of the facility where the prisoner is being held, not the Attorney General or some other remote supervisory official." *Rumsfield,* 542 U.S. at 435. Rafael Vergara, as Warden of Adams County Correctional Center; and perhaps Mellissa B. Harper, as Field Office Director for ICE's ERO, are the proper

Respondents. The Court directs Respondents to file an answer or other responsive pleading as well as response to Petitioner's Motion [3]. Respondents' answer or other responsive pleading, including a response to Petitioner's Motion [3], is due within twenty (20) days of the service of a copy of this Order. If Petitioner desires to file a rebuttal or response, he may do so within fourteen days after Respondents file an answer or other responsive pleading or response.

**IT IS THEREFORE ORDERED** that Rafael Vergara, as Warden of Adams County Correctional Center; and Mellissa B. Harper as Field Office Director for ICE's ERO are the proper Respondents, and any others listed on the docket as Respondents are hereby removed as Respondents.

**IT IS FURTHER ORDERED** that Respondents shall file an answer or other responsive pleading in this cause, and a response to Petitioner's Motion [3], within twenty (20) days of the service of a copy of this order. Respondents shall file with their answer or other responsive pleading any agency records or court records relevant to the disposition of this cause. If Petitioner desires to file a rebuttal or response, he may do so within fourteen days after Respondents file an answer or other responsive pleading.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve, by certified mail, a copy of the Petition [1] filed herein, Amended Habeas [2] filed on February 20, 2026, and a copy of Petitioner's Motion for Temporary Restraining Order and Order to Show Cause [3] filed on February 20, 2026, along with a copy of this Order upon

the Civil Process Clerk, Office of the United States Attorney for the Southern District of Mississippi, 501 E. Court St., Suite 4.430, Jackson, MS 39201; the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; and Warden of Adams County Correctional Center, 20 Hobo Fork Road, Natchez, MS 39210.

**SO ORDERED**, this 6th day of March, 2026.

s/ *Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE